## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50104 | **DATE** | 6/7/2007 |
| **CASE TITLE** | Simplot vs. Lucietto-Sieradzki | | |

**DOCKET ENTRY TEXT:**

Pursuant to Magistrate Mahoney's minute order of June 6, 2007, this case is remanded to the Circuit Court of Winnebago County. Any pending motions are now moot.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|